UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Anderson

Write the full name of each plaintiff.

26 CV 0736

____CV____
(Include case number if one has been assigned)

-against-

Federal Bereau of Investigation

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2026 JAN 28 PM 2:02

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My right to due process of law

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
               (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Federal Bereau of Investigation__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Federeral Bereau of Investigation__, is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York City__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Mark__         __A__              __Anderson__
First Name       Middle Initial     Last Name

__26 Federal Plaza__
Street Address

__New York__              __NY__          __10278__
County, City              State           Zip Code

_____          _____
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
              First Name            Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City          State            Zip Code

Defendant 2: _____
              First Name            Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City          State            Zip Code

Defendant 3: _____
              First Name            Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City          State            Zip Code

Defendant 4: _____

              First Name                Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

     County, City            State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On or around August 2024 a Federal payment authorization and witness protection agreement was made for me by congress as well as Cash DaFe/l and sent to the New York City Field office. I have a clemency agreement related to this book and the FBI has been allocated by congress to facilitate my federal accounts for a probe completion and whistleblower protection for congress used against the White House. The drug cartels are in my neighborhood and my residence. I am scared for my life. I am going into custody in

the brooklyn facility, I was allocated $101,000 for my probe participation. I have called to speak to the New York City FBI at the Washington DC tip line the directed me to a walk in and I keep being told they wont deal with it. So I am bringing in the evidence in my case file. I am material cooperating witness with a disability and need accomodation and an order for assistance by Thurgood Marshal/ DC Please get the evidence from the Washington DC tip line

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental and Emotional Unlawful inducement by Iran and the Satanic Church

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking $101,000 and an FBI profiling and mind control expert for a full evaluation as well as proper medical scans and removal of my cochlears

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| Mark | A | Anderson |
| First Name | Middle Initial | Last Name |

60th 20?? Street
Street Address

Brooklyn                NY            11232
County, City            State         Zip Code

Telephone Number                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Take all the privileges from the brainwashers in the prisons

Kent,

I have decided to go live on the streets in the hamptons or on Roosevelt Ave

I can initiate GTA 6 Heavens gate with a notarized letter to Pentagon Police with Lewis and Ernie business accounts with the FTC and notarized letters with the chinese secret Police and write the orthodox church (satellite history)

I can write on Auschwitz prison camp evictments

Satellite letter of sized enlarment for GTA 6 Heavens Gate in the mailbox

PS A letter from brainwashy vicement for Chine Secret Police

Murder Threat Enclosed

Fox News Media ~~Corp.~~ LLC

~~Facebook~~

I am suing in relation to missed appointments by Katherine Timpf and other journalists. Multiple agreements have been made and negligently arranged and missed by the cast of Gutfeld. Between April 2025 ~~to~~ present. Mark Zuckerberg agreed to be my payee and witness to fix a command and control server that is causing a PSTD affliction and mental disability. I was supposed to have verbal or written correspondence from him by November 1st. I did not recieve such contact. My mind and body are almost immobilized for months. ~~It also~~ civil ~~suit~~ discovery for lawsuits with him.

I am seeking $83,000 in civil relief for PTSD affliction and the control and relief promised by him and Meta and for the documents and translation of my metadata.

Federal Bereau of Investigation

In May of 2023 I made multiple contacts the the FBI office in New York about racketeering within the bronx, NY. As the investigation went on the evidence was sealed, so I was unable to determine an amount for my investigative reporting and as an informant. I was told I could enter witness protection and have not been contacted by them. I am suing for $160,000 and for potential legal representation and security arrangements for my long term safety.

Abuse of a vulnerable adult was found within the investigation by Buffalo FBI and Washington DC and does present a conflict of interest. The FBI office agreed to arbitrate the matter and has not been done so yet.

Dear Kat and Tam
Thank You so much for all the hard work so far! —MK

[Wooden Bottle Public Notarized]

Crosby Beer and Grocery.
July through September 2023
I made a CBD license deal for the making of this location. It was a CBD only apparel store with an agreement for copyright standards of honesty and integrity. Multiple times they have violated by selling unlicensed narcotics against the standards agreement and have stolen money they claim are "tips". I contacted the FBI about this conduct including unlawful use of snap benefits for people to buy drugs. I am suing for violation of their verbal agreements with me to clean up the conduct and be in compliance with their CBD license and contracts with me, as well as theft and imbezlement.

Sue China Palace for fraud and embezzlement. On an In September - December 2023 a deal was reached with immigrants for China Palace to be licensed to them. After the The original deal stated it would be turned over to my operational control once a set dollar amount was achi earned. After multiple lapses and failed check ins I was notified of theft by current employees I reached an initial agreement to extend their compliance deadline, with a deal for a massage parlor next door. HC Foot Spa During my personal investigation of the employees. Paperwork was stolen from me, as well as money. I reported it to the FBI and they still continue to occupy the building and operate the restaurant unlawfully. HC Foot Spa is a division of China Palace. I am suing for full ownership of China Palace and the connected business HC Foot Spa. etc.

This violates the standards of conduct outlined and agreed to in the China Palace copyright under my ownership